UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
DEC 13 2011
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11CR257 |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | SECOND SUPERSEDING |
| | ) | BILL OF INDICTMENT |
| | ) | |
| LEONEL LABRADA, ET AL. | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13 day of December, 2011.

DAVID ~~C. KEESLER~~ S. CAYER
UNITED STATES MAGISTRATE JUDGE